IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LADARRAH W., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:22-cv-951-K |
| | § | |
| KILOLO KIJAKAZI, ACTING COMMISSION OF SOCIAL SECURITY, | § § § | |
| | § | |
| Defendant. | | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated July 20, 2023 [Dkt. No. 22], the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

The Court **REVERSES** the Commissioner's decision and **REMANDS** this case to the Commissioner for further proceedings.

**SO ORDERED.**

Signed August 9th, 2023.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE