IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LADARRAH W., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:22-cv-951-K-BT |
| | § | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Rebecca Rutherford made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's Notice of Motion and Motion for Approval of Attorney Fees Under 42 U.S.C. § 406(b) (ECF No. 27) is GRANTED, and counsel should be awarded attorney's fees in the amount of $35,417.68.  Counsel shall promptly return to Plaintiff the EAJA fee of $8,325.22.

**SO ORDERED.**

Signed November 12th, 2025.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE